JOSEPH R. GANEM *v.* JESSIE M. GANEM
(9712)

FOTI, LANDAU and HEIMAN, Js.

Argued December 13, 1991—decision released January 7, 1992

*Joseph R. Ganem,* pro se, the appellant (plaintiff).

*Jeffrey A. Lang,* with whom was *Jeffrey D. Mickelson,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.